UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In Re:   Martha Vallejo                                    Case No: 14-22877-RAM
                                                          Chapter 13


_____Debtor_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the Motion to Value and Determine

Secured Status of Lien on Real Property and Notice of Hearing were sent to all interested parties on

September 3, 2014 as follows:


Electronically:

Nancy N. Niedich, Trustee

Via First Class Mail:

Debtor, Martha Vallejo
12659 NW 11 Lane
Miami, FL 33182

Specialized Loan Servicing, LLC
c/o Capitol Corporate Services, Inc., Registered Agent
36 South 18th Avenue
Suite D
Brighton, CO 80601

Specialized Loan Servicing, LLC
P.O. Box 636005
Littleton, CO 80163-6005




Via Certified Mail:

Specialized Loan Servicing, LLC
c/o John Beggins, CEO
8742 Lucent Blvd., Suite 300
Highlands Ranch, CO 80129

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
355 West 49th Street
Hialeah, FL 33012
Tel. 305-687-8008

By:/s/ Robert Sanchez
 Robert Sanchez, Esq., FBN#0442161